UNITED STATES of America,
Plaintiff–Appellee,

v.

Christopher SADDLER, Defendant–
Appellant.

No. 06–4082.

United States Court of Appeals,
Sixth Circuit.

Nov. 15, 2007.

Before: DAUGHTREY and COOK,
Circuit Judges; and VINSON, District
Judge.*

PER CURIAM.

Christopher Saddler appeals the district court's order denying his Motion to Suppress. Having had the benefit of oral argument, and having studied the record on appeal and the briefs of the parties, we are not persuaded that the district court erred in denying the Motion to Suppress. Because the district court fully articulated the reasons for denying the Motion, the

* The Honorable C. Roger Vinson, Senior United States District Judge for the Northern District of Florida, sitting by designation.

* The Honorable C. Roger Vinson, Senior United States District Judge for the Northern District of Florida, sitting by designation.

issuance of a detailed opinion by this court would be duplicative and would serve no useful purpose. Accordingly, we affirm the judgment of the district court upon the reasoning set out by that court in its order dated February 28, 2006, 445 F.Supp.2d 862.